1044

THE STATE OF WASHINGTON, *Respondent*, v. HALFRED TYREE CATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04289-3, Douglass A. North, J., entered September 7, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR VALENCIA-SALMERON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02870-1, Ronald Kessler, J., entered November 22, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL MICHELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-01628-4, Julia Garrett, J. Pro Tem., entered October 29, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. A.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-02850-9, Harry J. McCarthy, J., entered December 21, 2004. *Affirmed* by unpublished per curiam opinion.